UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00092-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADAN BARAJAS-OCAMPO,

    Defendant.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
_____

    Upon petition of the United States and for good cause shown, it is hereby

    ORDERED that the Petition for Writ of Habeas Corpus Ad Prosequendum (Doc. #3 filed August 25, 2009, is **GRANTED**.  In accordance therewith, it is

    ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

    Dated:  August 25, 2009

                                         BY THE COURT:

                                         s/ Wiley Y. Daniel
                                         Wiley Y. Daniel
                                         Chief United States District Judge