UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00092-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADAN BARAJAS-OCAMPO,

    Defendant.
_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Counsel for Defendant has advised the Court that a Notice of Disposition will be filed today.  Accordingly, a Change of Plea hearing is set for **Monday, October 5, 2009, at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  September 11, 2009